UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------------x
BAO YU YANG,
*on his own behalf and on behalf of others similarly situated*

                              Plaintiff,

v.

TASTE OF NORTH CHINA, LTD
    d/b/a Taste of North China;
NEW TASTE OF NORTH CHINA INC.
    d/b/a Taste of North China;
NORTH CHINA RESTAURANT, INC.
    d/b/a Taste of North China;
YONGBIN SUN,
QIMIN CAI,
JIANGUO ZHAO, and
"JOHN" WANG

                              Defendants.
----------------------------------------------------------------x

Case No. 19-cv-09392

**NOTICE OF VOLUNTARY DISMISSAL AGAINST DEFENDANTS TASTE OF NORTH CHINA, LTD., NORTH CHINA RESTAURANT, INC. YONGBIN SUN, and "JOHN" WANG, PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff BAO YU YANG, through his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, **against Defendants** TASTE OF NORTH CHINA, LTD d/b/a Taste of North China, NORTH CHINA RESTAURANT, INC. d/b/a Taste of North China, YONGBIN SUN, and "JOHN" WANG.

Dated: Flushing, NY
       January 23, 2024

                                        Respectfully submitted,
                                        TROY LAW, PLLC

                                        */s/ Aaron Schweitzer, esq.*
                                          Aaron Schweitzer, Esq.
                                          *Attorney for Plaintiff*

**So ORDERED on 1/23/2024:**

JULIEN XAVIER NEALS
United States District Judge